# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ZUIRCH AMERICAN INSURANACE COMPANY** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-4148** |
| **v.** | : | |
| | : | |
| **THE GORMAN-RUPP COMPANY,** *et al.*, | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW,** this 30th day of August 2022, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are **DISMISSED**, with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*